UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY FREDERICK,**<br><br>Plaintiff,<br><br>vs.<br><br>**ALLOR MANUFACTURING, INC.,**<br><br>Defendant. | 2:20-CV-12790-TGB-RSW |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **GRANTING** Defendant's Motion for Summary Judgment (ECF No. 11), it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJDUICE**.

Dated at Detroit, Michigan:  February 28, 2022

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE